IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carl Dante Johnson, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:15cv4942 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Director Bryan P. Sterling and Corporal ) | |
| Harold Campbell, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court upon the Magistrate Judge's recommendation that the Court dismiss Plaintiff's action for failure to prosecute. (Dkt. No. 45). On September 27, 2016, the Magistrate Judge issued an order directing Plaintiff to advise the Court whether he wished to continue with this case. (Dkt. No. 43). After receiving no response, the Magistrate Judge issued a Report and Recommendation (R & R) recommending that the case be dismissed for failure to prosecute. (Dkt No. 45). Subsequently, the September 27 Order and the R & R that were sent to Plaintiff were returned as undeliverable. (Dkt. Nos. 48, 49).

On December 18, 2015, the Magistrate Judge issued a Proper Form Order that, among other things, ordered Plaintiff to advise the Clerk of Court of any address changes and warned that failure to comply with this order may result in the dismissal of his case. (Dkt. No. 7 at 3). Because Plaintiff has failed to update the Clerk of Court with his changed address and has otherwise failed to timely respond to both the September 27 Order and the R & R, the Court **ADOPTS** the R & R as the order of the Court and dismisses the case for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

December 14, 2016
Charleston, South Carolina